PS 42
(2/98)

# United States District Court
## WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
SEP 27 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Billy Ray Buchanan | ) | Case No. 1:07CR69/12 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Billy Ray Buchanan, have discussed with Angela L. Pickett, Probation Officer, modification of my release as follows:

Allow defendant to reside with codefendant Terri Holtzclaw. Defendant married Terri Holtzclaw on 9/7/07 and has provided verification of the marriage to the Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_Billy Ray Buchanan_     _9/26/07_
Signature of Defendant     Date

This Modification Order has been discussed with AUSA Richard L. Edwards, and he concurs with my recommendation.

_Angela Pickett_     _9/25/07_
USPO Angela L. Pickett     Date

Reviewed and Approved: _[signature] for EFE_     _9-25-07_
SUSPO Elisabeth F. Ervin     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     _____
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on _Sept. 26, 2007_

[ ] The above modification of release is not ordered.

_Dennis C. Howell_     _Sept. 26, 2007_
Dennis Lee Howell     Date
U.S. Magistrate Judge

cc:    AUSA      Defendant      Defense Attorney      PSI Officer